MERCHANTS INDEMNITY CORPORATION OF NEW YORK, PLAINTIFF-RESPONDENT, v. JOHN R. HENCHES, DEFENDANT-PETITIONER.

See same case below: 80 *N. J. Super.* 7.

*Mr. Seymour M. Karas* for the petitioner.

*Mr. William V. Breslin* for the respondent.

October 28, 1963.  Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH P. PISCOPO, DEFENDANT-PETITIONER.

*Mr. Joseph P. Piscopo* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Paul G. Levy* for the respondent.

October 28, 1963.  Denied.